# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INNOVATIVE DISPLAY | § | |
| TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 2:13-cv-00527 |
| | § | |
| v. | § | |
| | § | |
| ZTE CORPORATION, and | § | |
| | § | |
| ZTE (USA) INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion (Dk. No. 40) to Withdraw Motion for Disqualification of Counsel (Dk. No. 25).

After consideration, the Court finds the Motion should be GRANTED. It is therefore ORDERED that Plaintiff's Motion for Disqualification (Dk. No. 25) shall be withdrawn.

**So ORDERED and SIGNED this 22nd day of November, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE