**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **INNOVATIVE DISPLAY TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**MITAC DIGITAL CORPORATION D/B/A MAGELLAN, et al.**<br><br>Defendants. | **LEAD CASE:**<br>*Innovative Display Technologies, LLC v. ZTE Corporation, et al.*,<br>**Case No. 2:13-CV-00527-JRG**<br><br><br>**MEMBER CASE**<br>Case No. 2:14-cv-00144-JRG |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Innovative Display Technologies LLC and Defendants MiTAC Digital Corporation d/b/a Magellan and MiTAC International Corporation (collectively, "the parties") file this joint stipulation of dismissal with prejudice of all claims and counterclaims between the parties to this stipulation, with each party bearing its own attorneys' fees, costs, and other expenses.

Dated: August 5, 2014

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By: /s/ Michael P. Kella
Anthony G. Simon
Benjamin R. Askew
Timothy D. Krieger
Michael P. Kella
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314-241-2929
F. 314-241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
tkrieger@simonlawpc.com

**TECHKNOWLEDGE LAW GROUP LLP**

By: /s/ Kevin Jones (*with permission*)
Kevin Jones
100 Marine Parkway
Suite 200
Redwood Shores, California 94065
P. 650-517-5200
kjones@tklg-llp.com

*ATTORNEYS FOR DEFENDANTS MITAC DIGITAL CORPORATION D/B/A MAGELLAN AND MITAC INTERNATIONAL CORPORATION*

mkella@simonlawpc.com

T. John Ward, Jr.
Wesley Hill
Claire Abernathy Henry
Ward & Smith Law Firm
1127 Judson Road, Suite 220
Longview, Texas 75601
P. 903-757-6400
F. 903-575-2323
jw@wsfirm.com
wh@wsfirm.com
claire@wsfirm.com

*ATTORNEYS FOR PLAINTIFF*
*INNOVATIVE DISPLAY TECHNOLOGIES*
*LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record this 5th day of August, 2014 via the Court's CM/ECF system.

*/s/ Michael P. Kella*
Michael P. Kella